JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

               Plaintiff,

    v.

SABRINA SHIN, et al.,

               Defendants.

Case No.  CV 19-7372-GW-MRWx


**ORDER TO DISMISS WITH PREJUDICE**

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

      IT IS SO ORDERED.


Dated: March 27, 2020

_____ *George H. Wu* _____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE